IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN MITCHELL TOMLINSON,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0624

Opinion filed April 12, 2016.

An appeal from an order of the Circuit Court for Santa Rosa County.
Michael A. Flowers, Judge.

John Mitchell Tomlinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

  DISMISSED.

WETHERELL, ROWE, and OSTERHAUS, JJ., CONCUR.